# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2022

## NO. 03-21-00427-CR

**The State of Texas, Appellant**

**v.**

**Michael Robert Anthony, Appellee**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the district court on August 9, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.